IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TAMMI R. HUDSON,**

    **Plaintiff,**

v.                               **CASE NO.: 4:05-CV-178-SPM**

**DISCOVERY MARKETING AND
DISTRIBUTING, INC.,**

    **Defendant.**

_____/

### ORDER DISMISSING CASE

**THE COURT** has been informed by counsel that the parties to this case have settled all issues to their satisfaction. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of ninety days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>first</u> day of December, 2005.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge

/pao